**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  10-cr-00317-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  CURTIS L. MORRIS,
2.  RICHARD KELLOGG ARMSTRONG, and
3.  LARRY RAY HALL,

      Defendants.

## MINUTE ORDER[1]

At the oral request of the government, and with the consent of the parties, the hearing on **Defendant Morris' Unopposed Motion For Additional Time To File Motions as a Result of the Superseding Indictment Filed February 15, 2011**, set for March 30, 2011, and the status conference set for April 4, 2011, are **VACATED** and are **CONTINUED** to **April 7, 2011**, at 1:30 p.m.   That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant Armstrong's appearance for this hearing.

      Dated:  March 15, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.