**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  10-cr-00317-REB-01

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  CURTIS L. MORRIS,

     Defendant.

---

**ORDER**

---

**Blackburn, J.**

     This matter is before me *sua sponte.* Today the defendant, Curtis L. Morris,

tendered written documents for filing. Mr. Curtis is represented by counsel, Lisa Monet

Wayne, Esq. When a defendant is represented by counsel, this court will not accept *pro*

*se* filings by the defendant.  Such a *pro se* filing is improper.  ***See United States v.***

***Nichols***, 374 F.3d 959, 964 n.2 (10th Cir. 2004) (citing ***United States v. Guadalupe***,

979 F.2d 790, 795 (10th Cir. 1992)), ***reviewed on other grounds***, 125 S.Ct 1082

(2005).  All pleadings and papers must be filed by counsel. Thus, the tendered

documents shall be refused for filing and stricken and returned to Mr. Curtis via his

attorney.

     **THEREFORE, IT IS ORDERED** as follows:

     1.  That the documents tendered for filing by the defendant, Curtis L. Morris, are

**REFUSED** for filing and **STRICKEN**; and

     2.  That the documents tendered for filing **SHALL BE RETURNED** to the

defendant, Curtis. L. Morris, via his attorney of record, Lisa Monet Wayne, Esq., who

**SHALL EXECUTE** an appropriate form of receipt acknowledging receipt of the

documents on behalf of Mr. Morris.

Dated August 23, 2011, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge