**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00317-REB-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CURTIS L. MORRIS,

    Defendant.

**ORDER**

**Blackburn, J.**

    Once again, this matter is before me *sua sponte*. Today the defendant, Curtis L. Morris, tendered written documents for filing. Mr. Morris is represented by counsel, Lisa Monet Wayne, Esq. When a defendant is represented by counsel, this court will not accept *pro se* filings by the defendant. Such a *pro se* filing is improper. **See United States v. Nichols**, 374 F.3d 959, 964 n.2 (10th Cir. 2004)(citing **United States v. Guadalupe**, 979 F.2d 790, 795 (10th Cir. 1992)), **reviewed on other grounds**, 125 S.Ct. 1082 (2005). All pleadings and papers must be filed by counsel. Thus, the tendered documents shall be refused and stricken and returned to Mr. Morris via his attorney.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the documents tendered today for filing by the defendant, Curtis L. Morris, are **REFUSED** for filing and **STRICKEN**;

    2. That the documents tendered for filing **SHALL BE RETURNED** to the

defendant, Curtis L. Morris, via his attorney of record, Lisa Money Wayne, Esq. who **SHALL EXECUTE** an appropriate form of receipt acknowledging receipt of the documents on behalf of Mr. Morris; and

3.  That subject to the penalties for contempt of court, including, but not limited to incarceration and/or the payment of fines, costs, and/or attorney fees the defendant, Curtis L. Morris, is **ENJOINED** and **RESTRAINED** from filing or attempting to file papers in this action other than by or through his attorney of record.

Dated August 30, 2011, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge

2