**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00317-REB-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  CURTIS L. MORRIS,

    Defendant.

## ORDER

**Blackburn, J.**

    The matter is before me on defendant's **Notice of Taking For Value of Public Offer For Discharge of Defendant Curtis L. Morris** [#312][1] filed September 28, 2011. I strike the notice.

    When a defendant is represented by counsel, as Mr. Morris is, this court will not accept pro se filings from that defendant. Such a pro se filing is improper. ***See United States v. Nichols***, 374 F.3d 959, 964 n.2 (10th Cir. 2004) (citing ***United States v. Guadalupe***, 979 F.2d 790, 795 (10th Cir. 1992)), reviewed on other grounds, 125 S.Ct. 1082 (2005).

    Additionally, the paper filed by Mr. Morris purports to be a notice, However, it both seeks and demands relief from this court. Therefore, the paper is a motion subject to the criminal practice standards and extant orders of this court and the Federal Rules

---

[1] "[#312]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

of Criminal Procedure, specifically, Rules 12 and 47.[2]

**THEREFORE, IT IS ORDERED** defendant's **Notice of Taking For Value of Public Offer For Discharge of Defendant Curtis L. Morris** [#312] filed September 28, 2011, is **STRICKEN**.

Dated September 29, 2011, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge

---

[2] For further analysis of this issue, see my **Order** [#235] entered May 17, 2011, at pages 2-3.