**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00317-REB-01

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1.  CURTIS L. MORRIS,

 Defendant.

## ORDER

**Blackburn, J.**

  The matter is before me on the notice [#316][1] filed pro se by defendant, Curtis L. Morris, on September 28, 2011. I strike the notice.

  As I rehearsed in my previous **Order** [#313] entered September 29, 2011, when a defendant is represented by counsel, as Mr. Morris is, this court will not accept pro se filings from that defendant. Such a pro se filing is improper, whether in the form of a notice, a motion, or otherwise. *See United States v. Nichols*, 374 F.3d 959, 964 n.2 (10th Cir. 2004) (citing *United States v. Guadalupe*, 979 F.2d 790, 795 (10th Cir. 1992)), reviewed on other grounds, 125 S.Ct. 1082 (2005).

  Once again, the paper filed by Mr. Morris purports to be a notice, However, as did the previous notice [#312], this new notice both seeks and demands relief from this court. Therefore, this so-called notice is a motion subject to the criminal practice

---

[1] "[#316]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

standards and extant orders of this court and the Federal Rules of Criminal Procedure, specifically, Rules 12 and 47.[2]

**THEREFORE, IT IS ORDERED** as follows:

1. That the notice [#316] filed pro se by defendant, Curtis L. Morris, on September 28, 2011, is **STRICKEN**; and

2. That subject to the penalties for contempt of court, as long as the defendant, Curtis L. Morris, is represented in this action by an attorney, he is **ENJOINED** and **RESTRAINED** from filing papers in any form in this action without the advance permission of this court.

Dated October 3, 2011, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge

---

[2] For further analysis of this issue, see my **Order** [#235] entered May 17, 2011, at pages 2-3.