**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  10-cr-00317-REB-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  CURTIS L. MORRIS,

    Defendant.

## ORDER

**Blackburn, J.**

The matter is before me *sua sponte* on the notice [#325][1] filed pro se by defendant, Curtis L. Morris, on October 17, 2011.  I strike the notice.

As I rehearsed in my previous **Order** [#313] entered September 29, 2011, and reiterated in my **Order** [#317] entered October 3, 2011, and perseverated in my **Order** [#327] entered October 189, 2011, when a defendant is represented by counsel, as Mr. Morris is, this court will not accept pro se filings from that defendant.  Such  pro se filings are improper, whether in the form of a notice, a motion, or otherwise. **See United States v. Nichols**, 374 F.3d 959, 964 n.2 (10th Cir. 2004) (citing **United States v. Guadalupe**, 979 F.2d 790, 795 (10th Cir. 1992)), reviewed on other grounds, 125 S.Ct. 1082 (2005).

Once again, the paper filed by Mr. Morris purports to be notice, However, as did his previous notices, [#312], [#316], [#322], and [#323], this latest notice seeks and demands relief and/or response from this court and/or Ms. Lisa Wayne, Esq. Therefore, once again, this latest so-called notice constitutes a motion that is subject to the criminal practice

---

[1] "[#325]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

standards and extant orders of this court and the Federal Rules of Criminal Procedure, specifically, Rules 12 and 47.[2]

Additionally, in my **Order** [#317] entered October 3, 2011, I provided expressly,

> That subject to the penalties for contempt of court, as long as the defendant, Curtis L. Morris, is represented in this action by an attorney, he is **ENJOINED** and **RESTRAINED** from filing papers in any form in this action without the advance permission of this court.

Order [#317] at 2, ¶ 2. (Emphasis in original). Accordingly, the filing of this latest notices appears to violate my order [#317]. Ostensibly, the filing of this latest notices in violation of my orders [#317] constitutes contempt of court. Thus, an order to show cause should issue requiring Mr. Morris to show cause why he should not be held in contempt of this court and punished accordingly.

**THEREFORE, IT IS ORDERED** as follows:

1. That the notice [#325] filed pro se by defendant, Curtis L. Morris, on October 17, 2011, is **STRICKEN**; and

2. That subject to the penalties for contempt of court, as long as the defendant, Curtis L. Morris, is represented in this action by an attorney, he is **ENJOINED** and **RESTRAINED** from filing papers in any form in this action without the advance permission of this court.

Dated October 19, 2011, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge

---

[2] Once again, for further analysis of this issue, see my **Order** [#235] entered May 17, 2011, at pages 2-3.