**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  10-cr-00317-REB-01

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  CURTIS L. MORRIS,

      Defendant.

---

**ORDER STRIKING UNAUTHORIZED PRO SE NOTICES**

---

**Blackburn, J.**

      The matter is before me *sua sponte* concerning the latest in an unmitigated

series of unauthorized notices [#345][1] and [#346] filed pro se by defendant, Curtis L.

Morris, on November 1, 2011.  Consistent with my orders entered beginning August 23,

2011, I strike the unauthorized and contumacious notices.

      As I held in my **Order** [#272] entered August 23, 2011, and repeated in my **Order**

[#277] entered August 30, 2011, and rehearsed in my  **Order** [#313] entered September

29, 2011, and reiterated in my **Order** [#317] entered October 3, 2011, and perseverated

in my **Order** [#327] entered October 18, 2011, and asseverated in my **Order** [#332]

entered October 19, 2011, when a defendant is represented by counsel, as Mr. Morris

is, this court will not accept pro se filings from that defendant.  Such  pro se filings are

improper, whether in the form of a notice, a motion, or otherwise. ***See United States v.***

---

      [1] "[#325]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

*Nichols*, 374 F.3d 959, 964 n.2 (10th Cir. 2004) (citing **United States v. Guadalupe**,

979 F.2d 790, 795 (10th Cir. 1992)), reviewed on other grounds, 125 S.Ct. 1082 (2005).

Additionally,  and in my **Order** [#277] entered August 30, 2011, I provided

expressly,

> That subject to the penalties for contempt of court, including, but not limited to incarceration and/or the payment of fines, costs, and/or attorney fees the defendant, Curtis L. Morris, is **ENJOINED** and **RESTRAINED** from filing or attempting to file papers in this action other than by or through his attorney of record.

Order [#277] at 2, ¶ 3. (Emphasis in original).

In my **Order** [#317] entered October 3, 2011, I again provided expressly,

> That subject to the penalties for contempt of court, as long as the defendant, Curtis L. Morris, is represented in this action by an attorney, he is **ENJOINED** and **RESTRAINED** from filing papers in any form in this action without the advance permission of this court.

Order [#317] at 2, ¶ 2. (Emphasis in original).

Furthermore, in my **Order** [#327] entered October 18, 2011, I again provided

expressly,

> That subject to the penalties for contempt of court, as long as the defendant, Curtis L. Morris, is represented in this action by an attorney, he is **ENJOINED** and **RESTRAINED** from filing papers in any form in this action without the advance permission of this court.

Order [#327] at 2, ¶ 2. (Emphasis in original).

Finally, in my **Order** [#332] entered October 19, 2011, I again provided

expressly,

> That subject to the penalties for contempt of court, as long as the defendant, Curtis L. Morris, is represented in this action by an attorney, he is **ENJOINED** and **RESTRAINED** from filing papers in any form in this action without the advance permission of this court.

Order [#332] at 2, ¶ 2. (Emphasis in original).

Accordingly, the filing of these latest notices appears to constitute yet another blatant violation of my orders [#277], [#317], [#327], and [#332].  In turn, the filing of these latest unauthorized notices in violation of my orders constitutes yet another ostensible contempt of court. Thus, an order to show cause should issue requiring Mr. Morris to show cause why he should not be held in contempt of this court and punished accordingly.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the unauthorized notices [#345] and [#346] filed pro se by defendant, Curtis L. Morris, on November 1, 2011, are **STRICKEN**; and

    2. That subject to the penalties for contempt of court, as long as the defendant, Curtis L. Morris, is represented in this action by an attorney, he is **ENJOINED** and **RESTRAINED** from filing or attempting to file papers in any form in this action without the advance permission of this court.

    Dated November 8, 2011, at Denver, Colorado.

                                              **BY THE COURT:**

                                              Robert E. Blackburn
                                              United States District Judge

3