#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF COLORADO
#### Judge Robert E. Blackburn

Criminal Case No. 10-cr-00317-REB-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  CURTIS L. MORRIS,

    Defendant.

### ORDER

**Blackburn, J.**

This matter is before me *sua sponte* concerning **Defendant Morris' Motion To Strike Proposed Expert Testimony of IRS-CID Special Agent Riordan, Or in the Alternative, for an Evidentiary Hearing Pursuant to FR.E.** [*sic*] **702** [#230][1] filed May 11, 2011. The government has not filed a response.

During the status conference on November 1, 2011, I advised the parties that I would issue a marshaling order to address the issue of expert testimony generally and this motion specifically. However, after considering the motion further, I conclude that the government should be required to file a response to the motion.

**THEREFORE, IT IS ORDERED** that by December 12, 2011, the government **SHALL FILE** a response to **Defendant Morris' Motion To Strike Proposed Expert Testimony of IRS-CID Special Agent Riordan, Or in the Alternative, for an**

---

[1] "[#230]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

**Evidentiary Hearing Pursuant to FR.E.** [*sic*] **702** [#230] filed May 11, 2011.

Dated November 28, 2011, at Denver, Colorado.

                                                **BY THE COURT:**

*/s/ Bob Blackburn*
Robert E. Blackburn
United States District Judge