# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 10-cr-00317-REB-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CURTIS L. MORRIS,

    Defendant.

## ORDER STRIKING UNAUTHORIZED PRO SE NOTICES

**Blackburn, J.**

    The matter is before me *sua sponte* concerning the latest in an unmitigated series of unauthorized notices [#420][1] and [#421] filed pro se by defendant, Curtis L. Morris, on March 5, 2012. Consistent with my orders entered beginning August 23, 2011, I strike these latest unauthorized and contumacious notices.

    As I held in my **Order** [#272] entered August 23, 2011, and repeated in my **Order** [#277] entered August 30, 2011, and rehearsed in my **Order** [#313] entered September 29, 2011, and reiterated in my **Order** [#317] entered October 3, 2011, and perseverated in my **Order** [#327] entered October 18, 2011, and asseverated in my **Order** [#332] entered October 19, 2011, homologated in my **Order** [#352] entered November 8, 2011, and emphasized in my **Order Striking Unauthorized Pro Se Notice** [#419] entered March 1, 2012, when a defendant is represented by counsel, as Mr. Morris is, this court

---

[1] "[#416]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

will not accept pro se filings from that defendant.  Such pro se filings are improper, whether in the form of a notice, a motion, or otherwise. *See United States v. Nichols*, 374 F.3d 959, 964 n.2 (10th Cir. 2004) (citing *United States v. Guadalupe*, 979 F.2d 790, 795 (10th Cir. 1992)), reviewed on other grounds, 125 S.Ct. 1082 (2005).

Additionally, beginning with my **Order** [#277] entered August 30, 2011, I provided expressly,

> That subject to the penalties for contempt of court, including, but not limited to incarceration and/or the payment of fines, costs, and/or attorney fees the defendant, Curtis L. Morris, is **ENJOINED** and **RESTRAINED** from filing or attempting to file papers in this action other than by or through his attorney of record.

Order [#277] at 2, ¶ 3. (Emphasis in original).

In my **Order** [#317] entered October 3, 2011, I again provided expressly,

> That subject to the penalties for contempt of court, as long as the defendant, Curtis L. Morris, is represented in this action by an attorney, he is **ENJOINED** and **RESTRAINED** from filing papers in any form in this action without the advance permission of this court.

Order [#317] at 2, ¶ 2. (Emphasis in original).

Furthermore, in my **Order** [#327] entered October 18, 2011, I again provided expressly,

> That subject to the penalties for contempt of court, as long as the defendant, Curtis L. Morris, is represented in this action by an attorney, he is **ENJOINED** and **RESTRAINED** from filing papers in any form in this action without the advance permission of this court.

Order [#327] at 2, ¶ 2. (Emphasis in original).

Once again, in my **Order** [#332] entered October 19, 2011, I again provided expressly,

> That subject to the penalties for contempt of court, as long as the defendant, Curtis L. Morris, is represented in this action by an attorney, he is **ENJOINED** and **RESTRAINED** from filing papers in any form in this action without the advance permission of this court.

Order [#332] at 2, ¶ 2. (Emphasis in original).

Yet again, in my **Order** [#352] entered November 8, 2011, I again provided expressly,

> That subject to the penalties for contempt of court, as long as the defendant, Curtis L. Morris, is represented in this action by an attorney, he is **ENJOINED** and **RESTRAINED** from filing papers in any form in this action without the advance permission of this court.

Order [#352] at 3, ¶ 2. (Emphasis in original).

Finally, in my **Order Striking Unauthorized Pro Se Notice** [#419] entered March 1, 2012, I again provided expressly,

> That subject to the penalties for contempt of court, as long as the defendant, Curtis L. Morris, is represented in this action by an attorney, he is **ENJOINED** and **RESTRAINED** from filing papers in any form in this action without the advance permission of this court.

Order [#419] at 3, ¶ 2. (Emphasis in original).

Accordingly, the filing of this latest notice appears to constitute yet another blatant violation of my orders [#277], [#317], [#327], [#332], [#352], and [#419]. In turn, the filing of these latest unauthorized notices in violation of my orders constitutes yet another ostensible contempt of court. Thus, at my earliest convenience I will issue yet another order to show cause should issue requiring Mr. Morris to show cause why he should not be held in contempt of this court and punished accordingly for the filing of unauthorized papers subsequent to the issuance of my **Order To Show Cause** [#377] on December 16, 2011, and my **Order To Show Cause** [#422] on March 5, 2012.

**THEREFORE, IT IS ORDERED** as follows:

1. That the unauthorized **NOTICE Notice of Fault – Opportunity To Cure "Final Expression in a Record"** [#420] filed pro se by defendant, Curtis L. Morris, on March 5, 2012, is **STRICKEN**;

2. That the unauthorized **NOTICE (2nd) Notice of Fault – Opportunity To Cure "Final Expression in a Record"** [#421] filed pro se by defendant, Curtis L. Morris, on March 5, 2012, is **STRICKEN**; and

3. That subject to the penalties for contempt of court, as long as the defendant, Curtis L. Morris, is represented in this action by an attorney, he is **ENJOINED** and **RESTRAINED** from filing or attempting to file papers in any form in this action without the advance permission of this court.

Dated March 6, 2012, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge

4