**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  10-cr-00317-REB-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  CURTIS L. MORRIS,

    Defendant.

## ORDER STRIKING UNAUTHORIZED PRO SE NOTICE

**Blackburn, J.**

The matter is before me *sua sponte* concerning the latest in an unmitigated series of unauthorized notices docketed as [#469][1] and [#470] filed pro se by defendant, Curtis L. Morris, on April 9, 2012.  Consistent with my orders entered beginning August 23, 2011, I strike these latest unauthorized and contumacious notices.

These notices are neither required by law nor authorized by this court.  As I held in a series of orders, the latest of which [#435] was entered on March 21, 2012, when a defendant is represented by counsel, as Mr. Morris is, this court will not accept pro se filings from that defendant.  Such pro se filings are improper, whether in the form of a notice, a motion, or otherwise.  **See United States v. Nichols**, 374 F.3d 959, 964 n.2 (10th Cir. 2004) (citing **United States v. Guadalupe**, 979 F.2d 790, 795 (10th Cir. 1992)), reviewed on other grounds, 125 S.Ct. 1082 (2005).

Accordingly, the filing of these latest, two, unauthorized notices appear to constitute flagrant violations of my extant orders.  In turn, the filing of these latest

---

[1] "[#469]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

unauthorized notices in ostensible violation of my orders constitutes a series of additional and continuing contempts of court. Thus, at my earliest convenience I will issue yet another order to show cause requiring Mr. Morris to show cause why he should not be held in contempt of this court and punished accordingly for the filing of these latest unauthorized papers.

**THEREFORE, IT IS ORDERED** as follows:

1. That the unauthorized **NOTICE Notice of Amended Filing Authenticated Foreign Judgment Record And Notice of Filing Original Certificate of Authentication of Notary** [#469] filed pro se by defendant, Curtis L. Morris, on April 9, 2012, is **STRICKEN**;

2. That the unauthorized **NOTICE Notice of Amended Filing Authenticated Foreign Judgment Record And Notice of Filing Original Certificate of Authentication of Notary** [#470] filed pro se by defendant, Curtis L. Morris, on April 9, 2012, is **STRICKEN**; and

3. That subject to the penalties for contempt of court, as long as the defendant, Curtis L. Morris, is represented in this action by an attorney, he is **ENJOINED** and **RESTRAINED** from filing or attempting to file papers in any form in this action without the advance permission of this court.

Dated April 23, 2012, at Denver, Colorado.

**BY THE COURT:**

/s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge